

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00272-CV

**IN THE INTEREST OF G.P.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00588
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the motion to dismiss filed by appellant D.P. is GRANTED, and the appeal is DISMISSED. Because D.P. is indigent, no costs of this appeal are assessed against her.

SIGNED July 24, 2024.

_____
Luz Elena D. Chapa, Justice